United States District Court
Southern District of Texas
**ENTERED**
May 27, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JORGE ARELLANO, <br> "Petitioner," | § § § | |
| v. | § § | Civil Action No. 1:21-cv-00183 |
| BOBBY LUMPKIN, Director, Texas Department of Criminal Justice, Correctional Institutions Division, <br> "Respondent." | § § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court are these pleadings: Petitioner's "Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody" (Dkt. No. 1) and "Attached Memorandum in Support of Federal 2254 Petition" (Dkt. No. 2) (together, "Petition"), Respondent's "Motion for Summary Judgment with Brief in Support" (Dkt. No. 16), Petitioner's "Written Objections to the Respondent's Motion for Summa[ry] Judg[ment] with Brief in Support Rec[ei]ved by Petitioner Through Prison Legal Mail on March 22, 2022" (Dkt. No. 22) and "Written Objections to the Respondent's Motion for Summa[ry] Judg[ment] with Brief in Support Rec[ei]ved by Petitioner Through Prison Legal Mail on March 22, 2022" (Dkt. No. 23) (together, "Response"), "Magistrate Judge's Report and Recommendation" ("R&R") (Dkt. No. 24), and Petitioner's "Written Objections to Magistrate Judge's Report and Recommendations" ("Objections") (Dkt. No. 27).

"The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3). In respect to the portions of the R&R, to which there were no objections, the district court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the sections of the R&R with no objection are **ADOPTED**.

Petitioner's objections are the exact arguments raised in Petitioner's Response (Dkt. Nos. 22, 23). Dkt. No. 27. As the R&R analyzed, Petitioner's claims are time-barred. Petitioner failed to show he was entitled to statutory or equitable tolling. Thus, Petitioner's objections are **OVERRULED**.

1

The R&R (Dkt. No. 24) is **ADOPTED**. Petitioner's Petition is **DISMISSED WITH PREJUDICE** as time-barred; the Court **DECLINES** to issue a certificate of appealability; and the Clerk of Court is **ORDERED** to close this case.

Signed on this 27th day of May, 2022.

Rolando Olvera
United States District Judge